HAVANA GREYHOUND TOURS, INC., v. GREYHOUND CUBA TOURS, INC., and GREYHOUND BUS DEPOT, INC.

197 So. 783

Division B

Opinion Filed August 2, 1940
Rehearing Denied October 8, 1940

*Carson, Petteway & Stembler,* for Appellant;

*V. E. Cline, Shutts, Bowen, Simmons, Prevatt & Julian, L. S. Julian* and *L. S. Bonsteel,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

Affirmed.

WHITFIELD, P. J., and BROWN and CHAPMAN, J. J., concur.

BUFORD, J., concurs in opinion and judgment.

Chief Justice TERRELL and Justice THOMAS not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.